United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY WALDNER,<br><br>        Plaintiff,<br><br>    v.<br><br>MARYS GONE CRACKERS, INC.,<br><br>        Defendant. | Case No. 24-cv-00133-SK<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL**<br><br>Regarding Docket No. 26 |

Pursuant to the parties' stipulation, the Court DISMISSES this action with prejudice. The Court FURTHER ORDERS that parties shall each bear their own attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated: November 13, 2024



SALLIE KIM
United States Magistrate Judge